**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KENNETH FRENCH,**
    **Plaintiff,**

**-vs-**                **Case No. 6:05-cv-1231-Orl-KRS**

**MAMA M'S KITCHEN, INC.,**
**d/b/a The Porch Restaurant,**
    **Defendant.**
_____

## ORDER TO STRIKE

On January 26, 2006, counsel for the defendant filed a document entitled "Rule 26(a)(1) Initial Disclosures of Defendant Mama M's Restaurant, Inc., d/b/a The Porch Restaurant." Doc. No. 32. This document fails to comply with the Middle District of Florida Local Rules. *See* M.D. Fla. L.R. 3.03(e). Accordingly, Doc. No. 32 is stricken from the record. The Clerk is hereby directed to delete this document from the file.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2006.

               *Karla R. Spaulding*
               KARLA R. SPAULDING
               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties