# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KENNETH FRENCH,**
        **Plaintiff,**

**-vs-**                                                               **Case No. 6:05-cv-1231-Orl-KRS**

**MAMA M'S KITCHEN, INC.,**
**d/b/a The Porch Restaurant,**
        **Defendant.**

_____

## ORDER

This cause came on for consideration after oral argument on the oral motion to dismiss made by Defendant Mama M's Kitchen, Inc., d/b/a The Porch Restaurant at a hearing held September 28, 2006.

Counsel for Plaintiff Kenneth French advised the Court on September 8, 2006, that in the midst of settlements negotiations, and before the date on which the parties were required to engage in mediation, French stopped communicating with her. He did not respond to telephone calls or letter. Since March 2006, the telephone number that counsel had for French was no longer in service and correspondence sent to French was returned as undeliverable. Consequently, she moved to withdraw as counsel for French.

I issued an Order and Notice of Hearing requiring Kenneth French to appear at a hearing on the Second Unopposed Motion to Withdraw filed by his counsel. Doc. No. 44. I cautioned French that failure to appear would result in the imposition of sanctions, including an order that the case be dismissed without further notice. *Id.* (citing Fed. R. Civ. P. 16(f)). The Court's records indicate that this order was mailed to French at both his Cocoa, Florida, and Las Vegas, Nevada addresses. While

the mail sent to the Cocoa address was returned to the Clerk as undeliverable, the other mail has not been returned. Counsel for French and for Mama M's Kitchen appeared at the hearing, but French did not.

Pursuant to Federal Rule of Civil Procedure 16(f), "[i]f a party . . . fails to obey a scheduling or pretrial order . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D)." Rule 37(b)(2)(C) authorizes the court, when appropriate, to strike pleadings, stay proceedings, dismiss the action or any part therefore, or render a judgment by default against a disobedient party.

Based on the foregoing, and for the reasons stated on the record at the hearing, the oral motion is **GRANTED** and this case is **DISMISSED without prejudice**. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on September 28, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties